# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN JOHN GRELL, trustee; and CAROL ANN FOSS, co-trustee of RE971051172US-15 Trust, | Case No. 18-CV-1054 (DSD/TNL) |
| Plaintiffs, | **REPORT AND RECOMMENDATION** |
| v. | |
| JOHN DOES 1-99 and JANE DOES 1-99, | |
| Defendants. | |

In an order dated June 11, 2018, this Court denied plaintiffs' application to proceed *in forma pauperis*. *See* ECF No. 10. Plaintiffs were given 30 days to pay the $400.00 filing fee owed in this matter, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). That deadline has now passed, and plaintiffs have not yet paid the filing fee for this matter. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

1

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: July <u>24</u>, 2018            <u>s/Tony N. Leung</u>
                                    Tony N. Leung
                                    United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).