# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin John Grell et al., | Civil No. 18-cv-1054 (DSD/TNL) |
| Plaintiffs, | |
| v. | |
| John Does 1-99 et al., | **ORDER** |
| Defendants. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 25, 2018 (ECF No. 12), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: August 20, 2018                    /s David S. Doty
                                         David S. Doty, Judge
                                         United States District Court